```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THE TRAVELERS INDEMNITY      :    CIVIL ACTION
COMPANY, et al.              :
                             :
          v.                 :
                             :
                             :
CEPHALON, INC., et al.       :    NO. 12-4191
```

ORDER

AND NOW, this 14th day of July, 2014, upon consideration of the defendants' Motion to Dismiss (Doc. No. 39), and the opposition, reply, sur-reply, and supplemental briefing thereto, and following oral argument held on March 14, 2014, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED, and the Amended Complaint is DISMISSED.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.