IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY and its various property casualty affiliates and subsidiaries, TRAVELERS CASUALTY AND SURETY COMPANY and its various property Casualty affiliates and subsidiaries, ST. PAUL FIRE AND MARINE INSURANCE COMPANY and its various property casualty affiliates and subsidiaries, and THE STANDARD FIRE INSURANCE COMPANY and its various property Casualty affiliates and subsidiaries,<br><br>Plaintiffs,<br><br>v.<br><br>CEPHALON, INC.<br>TEVA PHARMACEUTICALS USA, INC.<br>and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | CIVIL ACTION NO. 12-CV-4191-MAM |

**NOTICE OF APPEAL**

Notice is hereby given that The Travelers Indemnity Company, Travelers Casualty and Surety Company, St. Paul Fire and Marine Insurance Company, and The Standard Fire Insurance Company (collectively "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Third Circuit from the following final judgment and orders entered in this action: (1) The District Court's September 24, 2014 order denying Plaintiffs' Motion to Amend Judgment and For Leave Under Rule 59(e) and Rule 15 of the Federal Rules of Civil Procedure, and (2) the District Court's July 14, 2014 order dismissing Plaintiffs' Second Amended Complaint.

Date: October 23, 2014

**REARDON SCANLON VODOLA BARNES LLP**

BY: _/s/ Katherine A. Scanlon_____
      Katherine A. Scanlon
Katherine A. Scanlon (PA Bar No. 308503)
James J. Reardon, Admitted *pro hac vice*
45 South Main Street, Suite 305
West Hartford, CT 06107-2434
Tel: (860) 955-9450 Fax: (860) 606-9558
katherine.scanlon@rsvblaw.com
james.reardon@rsvblaw.com

## **CERTIFICATE OF SERVICE**

I, Katherine A. Scanlon, hereby certify that on this 23rd day of October, 2014, a true and correct copy of the foregoing Notice of Appeal, was filed with the Clerk of the Court using the ECF system, which sent notice to all counsel of record.

    Respectfully,

    /s/ Katherine A. Scanlon
    Katherine A. Scanlon (PA Bar No. 308503)
    Reardon Scanlon Vodola Barnes LLP
    45 South Main Street, Suite 305
    West Hartford, CT 06107
    Tel. (860)955-9451  Fax:  (860)760-6853